David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
*e-mail: dlm@mazarolilaw.com*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07
```

---------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

INDEMNITY INSURANCE COMPANY          :
OF NORTH AMERICA, as subrogee of
Mitchell Aircraft Spares, Inc.          :
                                                   07 Civ. 8658 (PKC)
            Plaintiff,               :
                                              VOLUNTARY DISMISSAL
       - against -                   :              ORDER

DHL EXPRESS; DHL;                    :

            Defendants.              :

---------------------------------------------------------x

No answer having been filed and a settlement agreement having been reached,
this action is hereby discontinued as to all parties pursuant to Fed. R. Civ. P. 41 (a) (l)(i)
without costs as to any party and, in the event the settlement is not consummated within
sixty (60) days of the entry of this order, subject to reopening by letter application of
plaintiff's counsel.

Dated: New York, New York
       November ___, 2007

                                              SO ORDERED:


                                              _____
                                              UNITED STATES DISTRICT JUDGE

07 Civ. 8658 (PKC)
Voluntary Dismissal Order
Page 2

David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 7G-1543